AVILES, N.

v.

**DEPT. OF HUMAN SERVICES**

**1961 CD 2016**

Commonwealth Court of Pennsylvania.

08/25/2017

Department of Human Services, Bureau of Hearings and Appeals, 360095373-001

Affirmed

US AIRWAYS, INC. et al.

v.

**WCAB (BECKLEY)**

**1984 CD 2016**

Commonwealth Court of Pennsylvania.

08/25/2017

Workers' Compensation Appeal Board, A15–1359

Vacated/Remanded

**ALLIED FIRE PROTECTION SYSTEM et al.**

v.

**WCAB (WARNER)**

**1975 CD 2016**

Commonwealth Court of Pennsylvania.

08/25/2017

Workers' Compensation Appeal Board, A15–1447

Affirmed

SENGLE, T.

v.

**WCAB (LOWES HOME CENTERS)**

**2006 CD 2016**

Commonwealth Court of Pennsylvania.

08/25/2017

Workers' Compensation Appeal Board, A15–1165

Affirmed/Reversed/Remanded